# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# ST. JOSEPH DIVISION

| | | |
|---|---|---|
| MICHAEL GREEN, Individually And On Behalf of All Others, | ) ) ) | |
| Plaintiff, | ) ) | Case No.: |
| v. | ) ) | |
| LA-Z-BOY INCORPORATED, | ) ) | REQUEST FOR JURY TRIAL |
| Defendant. | ) | |

## NOTICE OF REMOVAL
## [28 U.S.C. §§ 1331, 1441, and 1446]

Defendant La-Z-Boy Incorporated ("Defendant"), by and through its undersigned counsel, respectfully requests the above-captioned action be removed from the Circuit Court of Clinton County, Missouri, to the United States District Court for the Western District of Missouri, Western Division, under 28 U.S.C. §§ 1331, 1441, and 1446 on the grounds of federal question jurisdiction.[1] In support of this Notice of Removal, Defendant states and alleges as follows:

## PROCEDURAL BACKGROUND

1. On January 12, 2022, Plaintiff Michael Green, individually and on behalf of all others, filed his Petition for Damages (the "Petition") in the Circuit Court of Clinton County, Missouri, Case No.: 22CN-CC00001 (the "State Court Action"). A copy of the Petition is included in Exhibit A attached hereto.

---

[1] This Notice of Removal is based on the allegations in the Petition and what is placed in controversy by the Petition, and it is filed subject to and with a full reservation of all rights. No admission of fact, law, or liability are intended by this Notice of Removal, and Defendant does not waive, but expressly reserves, any and all defenses available to it.

2. The Petition purports to be based upon and arising under the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.* ("FCRA"). *See* Exhibit A, Petition at ¶ 1.

3. Based on the allegations and causes of action in the Petition, and the reasons discussed below, Defendant timely removes this action pursuant to 28 U.S.C. § 1331 (federal question).

4. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders from the State Court Action, which have been served upon Defendant are attached to this Notice of Removal in Exhibit A.

## FEDERAL QUESTION JURISDICTION

5. In his Petition, Plaintiff alleges violations of the FCRA. *See generally* Exhibit A, the Petition.

6. Defendant is entitled to remove this action under 28 U.S.C. § 1441 because this Court has original jurisdiction under 28 U.S.C. § 1331 over the Plaintiff's causes of action arising under the FCRA. This cause of action "arise[s] under the Constitution, laws, or treaties of the United States." *See* 28 U.S.C. § 1331. Because the Petition asserts such claims, this action is removable because it is a "civil action brought in a State court of which the district courts of the United States have original jurisdiction." *See* 28 U.S.C. § 1441(a). The Court further has jurisdiction over this action pursuant to 28 U.S.C. § 1681p.

## ALL OTHER REQUIREMENTS FOR REMOVAL
## OF THE REMOVED CLAIMS ARE SATISFIED

7. Venue in this Court is proper under 28 U.S.C. § 1441(a), as this Court is the United States District Court for the district and division embracing the place where the State Court Action was pending.

8. The Summons and Petition were served on Defendant on January 24, 2022. Accordingly, Defendant's removal of this action is timely under 28 U.S.C. § 1446.

9. Pursuant to 28 U.S.C. § 1446(d), Defendant is filing in the State Court Action concurrent to this Notice of Removal, a written Notice of Filing of Notice of Removal of Civil Action ("Notice of Filing"), which is being served on counsel for the Plaintiff. The Notice of Filing has attached as an exhibit a true and accurate copy of this Notice of Removal (without exhibits). The Notice of Filing, without exhibits, is attached to this Notice of Removal as Exhibit B. This action is not more than one-year old.

10. Nothing in this Notice of Removal shall be interpreted as a waiver or relinquishment of Defendant's right to assert any defense or affirmative matter, whether pursuant to Fed. R. Civ. P. 8(c), Fed. R. Civ. P. 12(b), or otherwise.

11. Defendant reserves the right to amend or supplement this Notice of Removal.

WHEREFORE, Defendant requests the Court take jurisdiction of this matter and issue all necessary orders and process to remove those claims from the Circuit Court of Clinton County, Missouri, to the United States District Court for the Western District of Missouri, St. Joseph Division.

Respectfully submitted,

**SEYFERTH BLUMENTHAL & HARRIS LLC**

/s/ Matthew J. Westering
Kimberly A. Jones, MO Bar #46688
Matthew J. Westering, MO Bar #61134
4801 Main Street, Suite 310
Kansas City, Missouri 64112
Telephone: (816) 756-0700
Facsimile: (816) 756-3700
kim@sbhlaw.com
matt@sbhlaw.com
**Attorneys for Defendant**

# CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I sent an electronic copy to all counsel of record

    Charles Jason Brown
    Jayson A. Watkins
    **Brown & Watkins LLC**
    301 S. US 169 Hwy
    Gower, Missouri 64454
    Telephone: (816) 424-1390
    Facsimile: (816) 424-1337
    brown@brownandwatkins.com
    watkins@brownandwatkins.com

    **Attorneys for Plaintiffs**

    /s/    *Matthew J. Westering*
    **Attorney for Defendant**